UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OKECHUKWU UDUKO,

      Plaintiff,

vs                                                              Case No: 11-13765
                                                                Honorable Victoria A. Roberts

STEPHEN E. COZZENS, ET AL,

      Defendants.

_____/

## ORDER

      Magistrate Judge Hluchaniuk entered an order regarding Plaintiff's request for

clarification.  Mr. Uduko objected.

      Non-dispositive orders entered by Magistrate Judges are reviewed for clear error

or to determine if they are contrary to law.  28 U.S.C. §636(b)(1)(A).

      This Court declines to reconsider Magistrate Judge Hluchaniuk's order, it is

neither clearly erroneous nor contrary to law.

      **IT IS ORDERED**.

                           /s/ Victoria A. Roberts
                           Victoria A. Roberts
                           United States District Judge

Dated:  July 8, 2013

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Okechukwu Uduko  by electronic means or U.S. Mail on July 8, 2013.<br><br>s/Linda Vertriest<br>Deputy Clerk |