UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OKECHUKWU UDUKO,

    Plaintiff,

vs                                              Case No: 11-13765
                                              Honorable Victoria A. Roberts

STEPHEN E. COZZENS, ET AL,

    Defendants.
_____/

## ORDER

    Magistrate Judge Hluchaniuk entered an order regarding Plaintiff's request for clarification. Mr. Uduko objected.

    Non-dispositive orders entered by Magistrate Judges are reviewed for clear error or to determine if they are contrary to law. 28 U.S.C. §636(b)(1)(A).

    This Court declines to reconsider Magistrate Judge Hluchaniuk's order, it is neither clearly erroneous nor contrary to law.

    **IT IS ORDERED**.

                                                          /s/ Victoria A. Roberts
                                                          Victoria A. Roberts
                                                          United States District Judge

Dated: July 8, 2013

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Okechukwu Uduko by electronic means or U.S. Mail on July 8, 2013.

s/Linda Vertriest
Deputy Clerk