UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OKECHUKWU UDUKO,

    Plaintiff,

vs                                     Case No: 11-13765
                                         Honorable Victoria A. Roberts

STEPHEN E. COZZENS, ET AL.,

    Defendants.
_____/

## ORDER

Plaintiff filed "Objection to The Court's Scheduling Order Designating Plaintiff's Cause of Action for a Bench Trial." (Doc. # 128). The Government responded that it does not contest that Plaintiff may demand a jury trial for at least his *Bivens* and 42 U.S.C. § 1985 (3) claims.

Given that, the Court will set this matter for trial by jury.

**IT IS ORDERED**.

                                                             /s/ Victoria A. Roberts
                                                             Victoria A. Roberts
                                                             United States District Judge

Dated: January 15, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Okechukwu Uduko by electronic means or U.S. Mail on January 15, 2014.

s/Linda Vertriest
Deputy Clerk