UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OKECHUKWU UDUKO,

    Plaintiff,

vs

STEPHEN E. COZZENS, et al,

    Defendants.
_____/

Case No: 11-13765
Hon. Victoria A. Roberts

## ORDER

On February 3, 2015, Plaintiff filed a request [doc 182] asking the Court to strike Defendants' Response [doc 179] to Plaintiff's Objections [doc 177] as untimely. The Objections were filed on January 6, 2015 and the Response was filed on January 20, 2015.

Federal Rule of Civil Procedure 72(b)(2) allows 14 days to file a response to objections. Defendants' Response was timely filed. In addition, the time to file a response to objections is extended by 3 days per Federal Rule of Civil Procedure 6(d). The Court entered an Order Accepting the Magistrate's Order [doc 181] on January 26, 2015. Plaintiff's request is DENIED.

    ORDERED.

                                           S/Victoria A. Roberts
                                           Victoria A. Roberts
                                           United States District Judge

Dated: February 9, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record and Okechukwu Uduko by electronic means or U.S. Mail on February 9, 2015.

s/Carol A. Pinegar
Deputy Clerk