UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Okechukwu Uduko,

       Plaintiff,

v.

Stephen E. Cozzens, et al,

       Defendants.

Case No: 11-13765
Hon. Victoria A. Roberts

**ORDER TO REPRODUCE DISCOVERY (ECF NO. 215)**

On February 16, 2016, Uduko filed a response to the Bureau of Prisons ("BOP") discovery production. The Court reviewed his objection to Record No. 47; it may have merit. The other objections are denied.

Discovery No. 47 requests a copy of the log regarding the destruction of inmate property from September 3, 2008 to October 31, 2008 and from November 1, 2009 to December 31, 2009. BOP says it already produced documents as bates-stamped 1178-1181. *Id.* at PgID 3328.

Its unclear whether Uduko received these documents.

Uduko says Record No. 47 was not produced with discovery. Uduko provides a different page range – 1177-1196 – than BOP. However, in his next objection (Record No. 50), Uduko references documents he did receive bates-stamped 1160-1181. This would include the pages the BOP refers to.

In an exercise of caution, the Court orders the BOP to reproduce documents bates-stamped 1178-1196.

1

**IT IS ORDERED**.

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: April 6, 2016

The undersigned certifies that a copy of this document was served on the attorneys of record and Okechukwu Uduko by electronic means or U.S. Mail on April 6, 2016.

s/Linda Vertriest
Deputy Clerk